IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,        )| CR 05-1125-TUC-RCC |
| Plaintiff,        )| **ORDER** |
| vs.        )| |
| Tajma DeMarcus Murphy;<br>Derek Jason-Lyn Collins; ,        )| |
| Defendants.        )| |

The Court having reviewed the pleadings filed, the Report and Recommendation, the transcripts and the objection filed by Defendant Collins,

**IT IS ORDERED ADOPTING** the Magistrate Judge's Report and Recommendation (#59).

**IT IS FURTHER ORDERED DENYING** Defendant Collins' Motion to Suppress Physical Evidence and Statements (#23), which was joined by co-defendant Murphy (#44).

**IT IS FURTHER ORDERED** returning Government's admitted exhibits.

DATED this 26th day of May, 2006.

Raner C. Collins
United States District Judge

cc: AUSA-ANDERSON, KAUFMANN, ISLAS, JM